UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**MARLOWE E. PARKER, JR.**      **CIVIL ACTION NO. 3:24-CV-0530**

**VERSUS**      **JUDGE DAVID C. JOSEPH**

**WARDEN WYLES, ET AL.**      **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], together with the written OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 18], and after a *de novo* review of the record finding that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and judgment as recommended therein is warranted;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Marlowe E. Parker, Jr.'s claims contained in COMPLAINT [Doc. 1] are DISMISSED WITH PREJUDICE as legally frivolous and for failing to state claims on which relief may be granted.

THUS DONE AND SIGNED in Chambers on this 22nd day of August 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE